UNITED STATES ex rel. Michael MAINEL-LO, Appellant, v. Walter B. MARTIN, Warden, Appellee.

No. 36, Docket 21640.

United States Court of Appeals Second Circuit.

Argued Oct. 3, 1950.

Decided Oct. 17, 1950.

Writ of Certiorari Denied Jan. 2, 1951.

See 71 S.Ct. 287.

Michael Mainello, pro se.

Nathaniel Goldstein, Albany, Daniel M. Cohen, New York City, for appellee.

Before L. HAND, SWAN and CLARK, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion below. Ex parte Mainello, D. C., 93 F.Supp. 513.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. J. B. COOK AUTO MACHINE COMPANY, Inc., Respondent.

No. 11085.

United States Court of Appeals Sixth Circuit.

Oct. 19, 1950.

George J. Bott, Washington, D.C., Paul L. Styles, Regional Director, Atlanta, Ga., Samuel M. Singer, Washington, D. C., for petitioner.

Ernest M. Hawkins, Jr., Nashville, Tenn., for respondent.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard upon the transcript of the record and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the petition for enforcement of the order of the National Labor Relations Board is hereby granted.